

# JOANNA STATON
## District Clerk
### BELL COUNTY, TEXAS

**BELL COUNTY JUSTICE COMPLEX**
1201 Huey Road • P. O. Box 909 • Belton, Texas 76513
(254) 933-5197 • Fax (254) 933-5199
Joanna.Staton@co.bell.tx.us • www.bellcountydistrictclerk.org

October 19, 2015

Jeffrey D. Kyle, Clerk
Attention: Courtland
Court of Appeals
P.O. 12547
Austin, TX 78711-2547

RE:     Trial Court Cause No. 68323
        Appellate Case # 03-15-00488-CR
        The State of Texas VS. Jasmine Shante Quattlebaum

Courtland:

Our office is requesting an extension of time to file the Supplemental Clerk's Record. As of
October 19, 2015 the Amended Trial Court Certification has not been filed with our office. Judge
Martha J. Trudo has been out of the office for two weeks. We are requesting a two week
extension. As soon as the paperwork is filed with us, our office will forward the Supplemental
Clerk's Record to the Court of Appeals.

If my office can be of further assistance, please advise.

Sincerely yours,
Joanna Staton
District Clerk
Bell County, Texas

By

Jennifer Hoelscher, Criminal Deputy Clerk

CC: File Copy